UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WASHTENAW MORTGAGE CO.,

Case No. 06-13337

       Plaintiff,

DISTRICT JUDGE
ARTHUR J. TARNOW

v.

MAGISTRATE JUDGE

FREEDOM MORTGAGE CORP.,

VIRGINIA M. MORGAN

       Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DE 27] IN PART, DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S RESPONSE BRIEF [DE 39], AND DENYING AS MOOT PLAINTIFF'S MOTION TO SCHEDULE A MOTION HEARING [DE 35]

Before the Court are Plaintiff's motions for summary judgment [DE 27] and to strike Defendant's response brief [DE 39], on which the Court heard oral argument on July 24, 2007. Plaintiff has also filed a motion for a hearing on its summary judgment motion, which is now moot. For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment [DE 27] is GRANTED IN PART.

IT IS FURTHER ORDERED that Defendant is to pay $1,000,000 (one million) dollars to Plaintiff within one week of this order.

IT IS FURTHER ORDERED that the amount remaining in Plaintiff's motion

for summary judgment will be addressed at an evidentiary hearing to be scheduled.

IT IS FURTHER ORDERED that Plaintiff's motion to strike Defendant's response brief [DE 39] is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion for a hearing [DE 35] is DENIED AS MOOT.

SO ORDERED.


S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated: July 25, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 25, 2007, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager